UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:14-cv-00613-LJM-DML |
| | ) |
| ARAMARK FACILITY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF JUDGMENT

Through an Order dated November 18, 2014, Plaintiff John Smith's claims against Defendant Aramark Facility Services, LLC, were DISMISSED WITH PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Plaintiff shall take nothing by way of his complaint. Judgment is entered accordingly.

IT IS SO ORDERED.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Date: 11/18/2014
_____

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

JOHN SMITH
230 West Hanna
Indianapolis, IN 46217

Thomas F. Hurka
MORGAN LEWIS & BOCKIUS
thurka@morganlewis.com